## CRIMINAL COMPLAINT
### (Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| | DOCKET NO. |
|---|---|
| **United States of America** v. | |
| | MAGISTRATE'S CASE NO. |
| **Josue Guerrero**; DOB: 1990; United States Citizen **Argenis Guerrero**; DOB: 1996; United States Citizen | 25-07939MJ |

| Complaint for violation of Title 31, United States Code §§ 5316 and 5332 |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 7, 2025, at or near Nogales, in the District of Arizona, **Josue Guerrero** and **Argenis Guerrero** did knowingly conceal more than ten thousand dollars ($10,000) in currency or other monetary instruments, that is approximately $40,097 in United States currency, on the person of such individuals or in any conveyance, article of luggage, merchandise, or other container, and did knowingly attempt to transport and transfer such currency or monetary instruments from within the United States, that is, Nogales, Arizona, to a place outside of the United States, that is Nogales, Sonora, in the Republic of Mexico, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, in violation of Title 31, United States Code, Section 5332 and Title 31 of the Code of Federal Regulations, Section 1010.340(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 7, 2025, Josue GUERRERO and Argenis GUERRERO attempted to exit the United States and enter the Republic of Mexico via the outbound vehicle lanes at the Mariposa Port of Entry in Nogales, Arizona. Josue GUERRERO was driving a gray Ford Escape bearing Arizona license plate 683A4VZ. Argenis GUERRERO was a passenger in the vehicle. Customs and Border Protection (CBP) officers performed an outbound inspection on the vehicle and obtained a negative declaration to include weapons, drugs, and cash in excess of $10,000 USD. CBP officers used a narcotics detection dog to perform an open-air sniff around the vehicle. The dog gave a positive alert to the vehicle's dashboard. The vehicle was driven through the x-ray machine and CBP officers observed anomalies in the vehicle's dashboard. CBP officers searched the vehicle and located eight AK-47 style magazines concealed within the dashboard. CBP officers performed a pat down search of Josue GUERRERO and Argenis GUERRERO. During the search, CBP officers discovered approximately $20,000 USD on each concealed in both shoes. In total, $40,097 was located on Josue GUERRERO and Argenis GUERRERO.

Josue GUERRERO and Argenis GUERRERO HERNANDEZ both admitted that they hid more than $10,000 in United States currency in their shoes. Josue GUERRERO and Argenis GUERRERO HERNANDEZ both admitted that they knew it was illegal to take more than $10,000 USD into Mexico without making a report.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT WANN L REED Digitally signed by WANN L REED Date: 2025.05.08 12:29:03 -07'00' |
|---|---|
| | OFFICIAL TITLE & NAME: Special Agent Wann Reed Homeland Security Investigations |

Sworn to telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE May 8, 2025 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA: Sarah Houston